JOHN BROSNAN
P.O. Box 21281
EL SOBRANTE, CA 94820
johnbrosnanlegal@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | Case No. 14-2809 |
| Plaintiff, | COMPLAINT FOR DAMAGES AND |
| | INJUNCTIVE RELIEF |
| Vs. | DEMAND FOR JURY TRIAL |
| DONALD OBERLE AKA DONALD OBERLEY, CREDIT LINE IQ, ANN CHAPPELL McKINNEY, INTERO REAL ESTATE SERVICES INC., DANIEL THOMAS BURKE, AMERICAN PACIFIC MORTGAGE CORPORATION, TIMOTHY JON CARRE, CARLOS RAFAEL CRUZ, CAROLYN HASTINGS, J. ROCKCLIF REALTORS, DARIN ANDERSON, SUNSET COMMUNITY CHURCH, INNOVATIVE MORTGAGE SOLUTIONS INC., DAVID PAUL DARBY, MERIDIAN CAPITAL INC., KELLER WILLIAMS, KEN STREY, LARRY JAMES SPITERI, BRENT JONES, NRT WEST INC., MARCOS RIOS, BANC OF CALIFORNIA INC., PAT MAGUIRE, RON PINKSTON, THE FOURSQUARE CHURCH, TIM CHARLES FIEBIG, RE/MAX IN MOTION, IN MOTION REAL ESTATE INC., PROPEL INC., PROPEL II INC., JULIE POSEY, WELLS FARGO BANK, AND DOES 1-99 | |

//

John Brosnan, Plaintiff, alleges as follows:

**JURISDICTION**

**1.** This Court has original jurisdiction of the causes of action herein, which are brought under the laws of the United States, 18 U.S.C. §241 and 15 U.S.C. § 1679.

**2.** This action's request for injunctive relief is in the best interest of the public and is directly supportive of public policy concerning consumers.

**VENUE**

**3.** The unlawful actions of the defendants were committed in the State of California and in the judicial district of this Court.

**PARTIES**

**4.** Plaintiff is a California resident.

**5.** Plaintiff is informed and believes that Don Oberle AKA Don Oberley ("Oberle"), is a California resident.

**6.** Plaintiff is informed and believes that Ann Chappell McKinney ("McKinney") is a California resident.

**7.** Plaintiff is informed and believes that Daniel Thomas Burke ("Burke") is a California resident.

**8.** Plaintiff is informed and believes that Timothy Jon Carre ("Carre") is a California resident.

**9.** Plaintiff is informed and believes that Carlos Rafael Cruz ("Cruz") is a California resident.

**10.** Plaintiff is informed and believes that Carolyn Hastings ("Hastings") is a California resident.

**11.** Plaintiff is informed and believes that Darin Anderson ("Anderson") is a California resident.

**12.** Plaintiff is informed and believes that David Paul

Darby ("Darby") is a California resident.

    **13.**  Plaintiff is informed and believes that Ken Strey ("Strey") is a California resident.

    **14.**  Plaintiff is informed and believes that Larry James Spiteri ("Spiteri") is a California resident.

    **15.**  Plaintiff is informed and believes that Marcos Rios ("Rios") is a California resident.

    **16.**  Plaintiff is informed and believes that Pat Maguire ("Maguire") is a California resident.

    **17.**  Plaintiff is informed and believes that Ron Pinkston ("Pinkston") is a California resident.

    **18.**  Plaintiff is informed and believes that Tim Charles Fiebig ("Fiebig") is a California resident.

    **19.**  Plaintiff is informed and believes that Julie Posey ("Posey") is a California resident employed by Wells Fargo Bank.

    **20.**  Plaintiff is informed and believes that Brent Jones ("Jones") is a California resident

    **21.**  Plaintiff is informed and believes that Intero Real Estate Services Inc. ("IRES") is a California corporation.

    **22.**  Plaintiff is informed and believes that American Pacific Mortgage Corporation ("APMC") is a California corporation.

    **23.**  Plaintiff is informed and believes that J. Rockcliff Realtors ("JRR") is a California corporation.

    **24.**  Plaintiff is informed and believes that Sunset Community Church ("SCC") is a California entity.

    **25.**  Plaintiff is informed and believes that Innovative Mortgage Solutions ("IMS") is a California corporation.

    **26.**  Plaintiff is informed and believes that Meridian Capital Inc. ("MC") is a California corporation.

    **27.**  Plaintiff is informed and believes that Keller Williams ("KW") is a California business.

    **28.**  Plaintiff is informed and believes that NRT West Inc. ("NRT") is a California corporation.

**29.**   Plaintiff is informed and believes that Banc of California Inc. ("BOC") is a California corporation.

**30.**   Plaintiff is informed and believes that The Foursquare Church ("TFC") is a California entity.

**31.**   Plaintiff is informed and believes that RE/MAX IN MOTION ("BOC") is a California business.

**32.**   Plaintiff is informed and believes that Banc of California Inc. ("BOC") is a California corporation.

**33.**   Plaintiff is informed and believes that In Motion Real Estate Inc. ("IMRE") is a California corporation.

**34.**   Plaintiff is informed and believes that Propel Inc. ("Propel") is a suspended California corporation.

**35.**   Plaintiff is informed and believes that Propel II Inc. ("PropelII") is a dissolved California corporation.

**36.**   Plaintiff is informed and believes that Meridian Mortgage Inc. ("MM") is a suspended California corporation.

**37.**   Plaintiff is informed and believes that Credit Line IQ ("CLIQ") is a California sole proprietorship.

**38.**   Plaintiff is informed and believes that Wells Fargo Bank, National Association ("WFB") is a national banking association organized under the laws of the United States.

**39.**   Plaintiff is informed and believes that Credit Line IQ ("CLIQ") is a sole proprietorship.

**FACTS**

**40.**   Oberle has multiple felony convictions dating back decades and stretching from Florida to California.

**41.**   Oberle was a fugitive from the state of Florida.

**42.**   Oberle is a child molester.

**43.**   Oberle has committed perjury.

**44.**   Oberle has committed mortgage fraud.

**45.**   Oberle is in arrears on court ordered child support.

**46.**   Oberle has filed false documents related to child

support proceedings.

**47.** Oberle has committed tax fraud.

**48.** Oberle has filed false documents in Family Court actions.

**49.** Oberle has filed false documents in state court actions.

**50.** Oberle has filed false documents in federal court actions.

**51.** Oberle owns CLIQ.

**52.** CLIQ is a Credit services organization as defined by California Civil Code § 1789.12.

**53.** Oberle is operating CLIQ.

**54.** Oberle is illegally operating CLIQ.

**55.** CLIQ is required by California Civil Code § 1789.18 to have a surety bond ("Surety Bond") in the amount of $100,000.

**56.** CLIQ does not have the Surety Bond.

**57.** Oberle has violated court orders.

**58.** Oberle is currently defying court orders.

**59.** Oberle owned DOSO Inc, ("DOSO") which was doing business as Credit Line Financial ("CLF) in Concord California.

**60.** CLF represented to the public that it was a lawfully operating credit repair company.

**61.** Oberle operated CLF illegally.

**62.** Oberle operated DOSO illegally.

**63.** CLF was not properly licensed to operate.

**64.** CLIQ is not properly licensed to operate.

**65.** Oberle has caused to be published on the internet testimonial videos representing to the public that Oberle is an honest and trustworthy person.

**66.** Oberle has caused to be published on the internet multiple testimonial videos representing to the public that CLIQ is a legitimately operating business.

**67.** Oberle, DOSO and CLF were sued in Contra Costa county by the People of the State of California in People v. DOSO,

wherein the People of California alleged that Oberle was illegally operating CLF.

**68.** Oberle, in People v. DOSO, has been ordered to pay $50,000 in court ordered civil penalties.

**69.** Oberle has not paid the $50,000 in court ordered civil penalties ordered in People v. Doso.

**70.** Oberle, in People v. Doso, has been ordered to pay $1,500 in court ordered restitution to Jessica Freeland.

**71.** Oberle has not paid the $1,500 in court ordered restitution to Jessica Freeland.

**72.** In People v. DOSO, DOSO was ordered by the court to pay $500,000 in civil penalties.

**73.** DOSO has not paid the $500,000 in civil penalties ordered in People v. DOSO.

**74.** Oberle is personally responsible for the $500,000 in civil penalties imposed against DOSO in People v. DOSO.

**75.** Oberle, in People v. DOSO, was permanently barred by the Contra Costa County Superior Court from being involved in any way with the credit repair industry.

**76.** CLF was a Credit Services Organization ("CSO") as defined by California Civil Code § 1789.12 which states in part:

> (a) "Credit services organization" means a person who, with respect to the extension of credit by others, sells, provides, or performs, or represents that he or she can or will sell, provide or perform, any of the following services, in return for the payment of money or other valuable consideration:
> (1) Improving a buyer's credit record, history, or rating.
> (2) Obtaining a loan or other extension of credit for a buyer.
> (3) Providing advice or assistance to a buyer with regard to either paragraph (1) or (2).

//
//
//
//

**77.**   California Civil Code § 1789.18 states in part the following:

> No credit services organization shall conduct business in this state unless the credit services organization has first obtained a surety bond in the principal amount of one hundred thousand dollars ($100,000) issued by an admitted surety and the bond complies with all of the following:
> (a) The bond shall be in favor of the State of California for the benefit of any person who is damaged by any violation of this title. The bond shall also be in favor of any individual damaged by those practices.

**78.**   CLF did not have the required surety bond ("Surety Bond") called for pursuant to California Civil Code § 1789.18.

**79.**   Oberle was unable to obtain a Surety Bond for CLF due to Oberle's felony convictions.

**80.**   On January 24, 2006, the People of the State of California, by and through the Contra Costa County District Attorney Office, initiated a civil action in the Superior Court of Contra Costa County in Martinez, in case styled People v. DOSO, case number 06-00155, against DOSO, Oberle and CLF, alleging, among other things, that Oberle was illegally operating CLF by virtue of the fact that CLF did not have the required Surety Bond.

**81.**   On October 4, 2007, in Walnut Creek Superior Criminal Court in People v Oberle, case # 127246-7, Oberle was convicted of violating California Penal Code § 529, which is commonly referred to as Identity Theft, Exhibit 1.

**82.**   On November 16, 2007, the domain name creditlineiq.org was registered.

**83.**   Oberle registered the domain name creditlineiq.org.

**84.**   Oberle caused the domain name creditlineiq.org to be registered.

**85.**   Oberle began using the last name of Oberley.

**86.**   Oberle does not disclose to his victims his true last name.

**87.**   On June 24, 2008, in People v DOSO, the court entered a CONSENT DECREE AND FINAL JUDGEMENT (OBERLE) and a FINAL JUDGEMENT — DOSO, INC. against Oberle, DOSO and CLF, as shown in Exhibit 2, said filings hereafter shall be referred to as the Consent Decree.

**88.**   The Consent Decree states in part the following:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:
1. OBERLE, and all persons, owners, partners, officers, agents, employees, corporations, or other entities acting by, through, under, or on behalf of OBERLE, including but not limited to the entity Doso, Inc., and the entity known as, or using the name of Credit Line Financial, are permanently enjoined, restrained, and prohibited from doing any of the following:
a. selling, providing, or performing any service, in return for the payment of money or other valuable consideration, for the express or implied purpose of: (1) improving any consumer's credit record, history, or rating, or (2) providing advice or assistance to any consumer with regard to any activity or service described in paragraph (1).

**89.**   Subsequent to the issuance of the Consent Decree Oberle shut down CLF in Contra Costa County.

**90.**   Subsequent to shutting down CLF, Oberle opened a new credit repair company called Credit Line IQ ("CLIQ") in the county of Alameda.

**91.**   CLIQ has an internet address of creditlineiq.org.

**92.**   It's axiomatic that due to the Consent Decree that it's illegal for Oberle to be involved in anyway with the credit repair industry.

**93.**   Oberle has conspired with the other defendants in this action to defraud the public.

### THE SCHEME

### OBERLE AND COCONSPIRATORS DEFRAUDING THE PUBLIC

**94.**   Oberle has built a network of coconspirators that use the internet, personal and business contacts to funnel victims

to Oberle.

**95.** Oberle defrauds the victims and then pays kickbacks to his coconspirators for every victim they send to Oberle.

**96.** Oberle is operating CLIQ illegally in direct violation of state and federal law as well as the Consent Decree.

**97.** Videos by Oberle's coconspirators appear on youtube.com as well as creditlineiq.org wherein Oberle's coconspirators tout the honesty and integrity of Oberle and CLIQ in order to induce victims to utilize Oberle's illegal credit repair scheme where, among other illegal acts, Oberle illegally demands that people pay him large sums of cash up front for credit repair services without explaining the illegal nature of CLIQ.

**98.** Oberle and his coconspirators do not disclose Oberle's illegal past to potential CLIQ customers.

**99.** Oberle and his coconspirators do not disclose Oberle's multiple felony convictions to potential CLIQ customers.

**100.** Oberle and his coconspirators do not disclose the fact that CLIQ is operating illegally.

**101.** Oberle and his coconspirators do not disclose Oberle is violating the Consent Decree by operating CLIQ.

**102.** Oberle is currently defrauding people out of money.

**103.** The Better Business Bureau ("BBB") shows unresolved outstanding complaints against CLIQ, which CLIQ refuses to reply to. The link to the BBB complaint page against CLIQ is http://www.bbb.org/greater-san-francisco/business-reviews/taxes-negotiators/credit-line-iq-in-pleasanton-ca-314701.

**104.** Oberle and his coconspirators have injured Brosnan by the operation of CLF.

**105.** Oberle and his coconspirators have injured Brosnan by representing that CLF was operating legally.

**106.** Oberle and his coconspirators have injured Brosnan by the operation of CLIQ.

**107.** Oberle and his coconspirators have injured Brosnan by

representing that CLIQ is operating legally.

**108.** Oberle and his coconspirators are injuring Brosnan by representing that CLIQ is operating legally.

**FIRST CAUSE OF ACTION**

**CONSPIRACY TO COMMIT FRAUD**

**(18 U.S. Code § 241 – CONSPIRACY AGAINST RIGHTS)**

**ALL DEFENDANTS**

**109.** Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

**110.** 18 U.S. Code § 241, states in part:

> If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

**111.** The defendants compose a large cast of persons who conspire to injure the public.

**112.** Brosnan is a protected member of the public that defendants have conspired to harm.

**113.** The operation of CLIQ has injured Brosnan.

**114.** The operation of CLIQ is injuring Brosnan.

**115.** All defendants have conspired together to injure Plaintiff.

**116.** Defendants are aware that Oberle is illegally operating CLIQ.

**117.** Plaintiff furthermore seeks his attorney fees and costs against the defendants.

**SECOND CAUSE OF ACTION**

**FRAUD**

**(15 U.S.C. § 1679)**

**VIOLATION OF THE CREDIT REPAIR ORGANIZATIONS ACT**

**ALL DEFENDANTS**

**118.** Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

**119.** 15 U.S.C. § 1679 states:

> (1) Consumers have a vital interest in establishing and maintaining their credit worthiness and credit standing in order to obtain and use credit. As a result, consumers who have experienced credit problems may seek assistance from credit repair organizations which offer to improve the credit standing of such consumers.
> (2) Certain advertising and business practices of some companies engaged in the business of credit repair services have worked a financial hardship upon consumers, particularly those of limited economic means and who are inexperienced in credit matters.
> (b) Purposes
> The purposes of this subchapter are—
> (1) to ensure that prospective buyers of the services of credit repair organizations are provided with the information necessary to make an informed decision regarding the purchase of such services; and
> (2) to protect the public from unfair or deceptive advertising and business practices by credit repair organizations.

**120.** It's axiomatic that the Consent Decree makes the operation of CLIQ by Oberle an illegal act.

**121.** All defendants conspired to injure Plaintiff and the public in direct violation of 15 U.S.C. § 1679, which prohibits deceptive practices by an entity like CLIQ.

**122.** Defendants conspired to hide the illegal nature of CLIQ.

**123.** Defendants conspired to hide Oberle's illegal past.

**124.** Plaintiff furthermore seeks his attorney fees and costs against the defendants.

**WHEREFORE, Plaintiff prays judgment against the defendants and each of them as follows:**

1. For actual monetary damages according to proof;
2. For punitive damages, joint and several against all defendants in the amount of $10,000,000.00 for fraud, Conspiracy to Commit Fraud and Violation of The Credit Repair Organization Act;
3. For a preliminary and permanent injunction prohibiting defendants and all person acting in concert with them from violating of 18 U.S.C. § 241 and 15 U.S.C. § 1679;
4. For an award of reasonable attorneys' fees and costs according to proof;
5. For costs of suit; and
6. For such other and further relief as this Court deems just and proper.

DATED: June 11, 2014            _____

John Brosnan — Pro Per

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial in the above-entitled matter.

DATED: June 11, 2014            _____

John Brosnan — Pro Per

**EXHIBIT 1**

**PROBATION ORDER COMMITMENT FORM**

## ORDER OF PROBATION

SWAP CCU

☐ CONCORD ☐ MARTINEZ ☐ PITTSBURG ☐ RICHMOND ☑ WALNUT CREEK

DEFENDANT _Oberle, Donald P._  DOCKET NO. _127 246-7_

The above named defendant having been convicted in this court of the offense(s) of violation of:
Section(s) ☐ 23152 ☑ with prior(s) ☑ Other: _PC 529_

IT IS ORDERED: That ☑ imposition ☐ execution of sentence be suspended during period of probation with the following terms:

**TERMS OF PROBATION (Applicable Items Checked):** ☑

1. ☑ **COURT PROBATION GRANTED:** Conditional and revocable release in the community without Probation supervision except as specified by the Court for a period of _2_ months ☐ years from the date of this order.
2. ☑ **STANDARD TERMS** (see reverse for standard terms and additional instructions.)
3. ☑ REVIEW DATE: _11/5  8:30  WC D35_ ☐ Defendant must appear in Court. ☐ Defendant need not appear.

**JAIL/FINE/VOLUNTEER WORK/RESTITUTION**

4. ☑ Be IMPRISONED _45_ hrs /days/months
   ☐ _____ hrs/days/months credit.
   ☐ _____ hrs/days/months suspended.
   ☐ Sentence to commence _____
   ☐ Serve consecutive/concurrent with _____
   ☐ Any imposed sentence.
   ☐ Main Jail ☐ Work Alternative Program ☑ Electronic Home Detention
   ☐ in _____ County allowed.
   ☐ Contact Custody Alternative Bureau (CAB) within 15 days
   ☐ Day for day credit for time served in approved residential program.
   ☐ Other _____
5. ☑ Pay a FINE of $ _____
   ☑ Suspend payment of $ _100 (CCU)_
   ☑ Pay restitution fine of $ _100_
   ☑ Make monthly installments to Court Collections & Compliance Unit, P.O. Box 2528  Martinez, CA 94553 by: _w/in ...  _
   ☐ Pay to Clerk of Court by _w/in 45 days_
   ☐ Probation to terminate upon payment of fine/completion of jail sentence.
   ☐ _____ days jail concurrent/consecutive in lieu of fine.
   ☐ Pay to CCU ☐ Other: _____
6. ☐ Perform _____ hours **VOLUNTEER COMMUNITY SERVICE**
   ☐ In lieu of fine ☐ In lieu of Interlock
   ☐ Show proof of completion to Court by _____
7. ☐ Make Restitution of $ _TBD_ to _____
   ☑ Make RESTITUTION as determined by the Court Probation Officer
   ☐ Show proof of restitution to Court by _____
   ☐ Honor any civil judgments as a result of this conviction.
   ☐ Pay to CCU ☐ Other: _____
8. ☑ Submit your person, place of residence, storage locker or any vehicle under your control to search and seizure at any time of day or night, with or without warrant, to any peace officer ☐ for alcoholic beverages ☐ _____
9. ☐ Not use or possess any dangerous drugs, narcotics, or narcotic paraphernalia without prescription.
10. ☐ Not have a checking account or charge accounts, nor have any checks or credit cards in your possession, control or custody, except checks made payable to you.
11. ☐ Do not own or have possession or control of any firearm or weapon.
12. ☐ Weapon ordered ☐ confiscated ☐ destroyed ☐ returned to _____
13. ☐ Do not annoy/threaten/contact _____
14. ☐ Attend batterers/domestic violence program as directed by the Court Probation Officer and not leave or terminate program without permission.
15. ☐ Contact Court Probation Officer on _Kimberly_
    ☑ Other _A not use SSN of Ggpsch._

16. ☐ Abstain from the use of alcoholic beverages.
17. ☐ Submit to drug/alcohol use detection tests as directed by Court Probation Officer or by any peace officer.
18. ☐ Not go to places where alcoholic beverages are the chief item of sale.
19. ☐ Take antabuse as prescribed by physician & if directed by alcohol program.

**PROGRAM TERMS**

20. ☐ Attend and complete the First Offender Drinking Driver's Program:
    ☐ Level 1 ☐ Level 2 (area of choice authorized)
    ☐ Other _____
21. ☐ Report to Post Conviction Drinking Driver's Program within 10 days and comply with its rules and fee requirements.
    **(Take completed DL 103 form to DMV within 30 days)**
22. ☐ Participate in counseling as directed by the Court Probation Officer and not leave or terminate program without permission.
23. ☐ Referred for HIV testing. Return to Court on _____
24. ☐ Other: _____

**DRIVING TERMS**

25. ☐ Driving privilege restricted for _____ to /during/from: employment, treatment program ☐ School
    ☐ Other: _____
26. ☐ Driving privilege suspended/revoked for _____
27. ☐ Not drive a motor vehicle unless properly licensed and insured.
28. ☐ Not drive vehicle with any measurable alcohol in blood.
29. ☐ If arrested for a violation of 23152 or 23153 CVC, not refuse a chemical test for the detection of alcohol.

**VEHICLE IMPOUNDMENT TERMS**

30. ☐ DEFENDANT'S VEHICLE BE: Impounded _____ days
    Proof by _____ ☐ Not Impounded
    ☐ Not Registered Owner ☐ Loss of employment ☐ Other
31. ☐ Install ignition interlock device on any vehicle owned/operated from now until _____ years after license reinstatement.
32. ☐ Provide proof of installation to court by _____
33. ☐ Ignition Interlock Device ☐ ordered ☐ not ordered
    Defendant: ☐ does not own vehicle ☐ has no ability to pay
34. ☐ Do not drive any motor vehicle unless said vehicle is equipped with a Certified Ignition Interlock Device.
    ☑ Other _A to provide proof to DA that cell phone in in his name + SSN w/in 30 days_

Although not a condition of probation, you are ordered to pay the following fees:
☐ $25 Booking Fee ☐ $10 Cite Fee ☐ CJA $ _____ ☑ Other _20 SF_

I HAVE READ AND RECEIVED A COPY OF THESE CONDITIONS OF PROBATION AND I UNDERSTAND AND AGREE TO PERFORM THEM AND I UNDERSTAND THAT IF I FAIL TO DO SO, MY PROBATION MAY BE REVOKED AND I MAY BE SENTENCED TO JAIL OR SENTENCED AS OTHERWISE PROVIDED BY LAW.

DEFENDANT'S SIGNATURE _____

SOCIAL SECURITY # _____ DOB _2-12-__
ADDRESS _89 Oak Rd_ CITY _Orinda_
STATE _CA_ ZIP CODE _9450_ PHONE # _(925) 323-801_

COMMITMENT: TO THE SHERIFF: I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ENTRY OF JUDGMENT OR ORDER AND IS YOUR AUTHORITY FOR THE EXECUTION THEREOF.

_John T. Laettner_  _10/4/07_
JUDGE OF THE SUPERIOR COURT  DATED

PROB. ORDER (REV. 11/99)

# PROMISE TO APPEAR

## COURT REFFERRAL

( ) Work Alternative          (925) 646-4671
( ) Electronic Home Detention  (925) 646-4932

**Contra Costa County Sheriff's Office**
Custody Alternative Facility
1011 Las Juntas Street
Martinez, CA 94553

*CALL 10-18-07*

NAME: *OBERLE, DONALD*  DOB: *2/12/66*  COURT: *W.C.*  DK.#(s): *127246*

ADDRESS: *89 Oak Road*  CITY: *Orinda*  ZIP: *CA*  RACE: *C*  SEX: *M*

HEIGHT: *6'*  WEIGHT: *170*  HAIR: *BLK*  EYES: *BLU*  DL#: *CA B4572378*  SSN#: ~~___~~

HOME PHONE #: *925-323-8013*  WORK #: *925-323-8013*  STATE OF BIRTH: *IN*  COUNTRY: *Alien*

### Important Notice

**CONTACT C.A.F. TO SCHEDULE YOUR APPOINTMENT TWO WEEKS AFTER DATE OF SENTENCING. DO NOT CALL BEFORE THE TWO WEEK PERIOD, AS WE WILL NOT HAVE RECEIVED YOUR PAPERWORK FROM THE COURT.**

> **YOU HAVE BEEN SENTENCED TO JAIL!! THIS IS NOT VOLUNTEER WORK OR COMMUNITY SERVICE...IF YOU FAIL TO CONTACT OR KEEP YOUR APPOINTMENT, AN "ORDER FOR ARREST" WILL BE ISSUED WITHOUT FURTHER PROGRAM CONSIDERATION.**

( ) WORK ALTERNATIVE PROGRAM

PROGRAM FEES INCLUDE A $100.00 application fee (subject to change) plus $10.00 for each day sentenced. **TOTAL FEE DUE IN FULL AT TIME OF APPOINTMENT. ALL PROGRAM FEES PAID ARE NONREFUNDABLE.** Be prepared to pay the program fees in **CASH, MONEY ORDER OR CASHIER'S CHECK. PERSONAL CHECKS WILL NOT BE ACCEPTED.** Refer to the back of this form for further information.

I am giving my promise to contact the Custody Alternative Facility **"WORK ALTERNATIVE PROGRAM"** to schedule an interview two weeks after my sentencing date. If I fail to do so, an **"ORDER FOR ARREST"** will be issued. I understand that participation in this program is a privilege and **NOT** a right, and that I will be given an appointment for approximately one month from the date I appeared in court. **I will be on time for my appointment. Otherwise, I understand I may not be seen.** When I appear for my appointment, I will bring a copy of the court docket/sentencing paper, a copy of the Promise To Appear, and my total fees in full. **You may be taken into custody or assigned a jail surrender date if your application and/or appeal is denied.**

FAILURE TO APPEAR AT THE TIME SPECIFIED IS A MISDEMEANOR PER 4024.2 (c) P.C.

( ) ELECTRONIC HOME DETENTION/COUNTY PAROLE

I am giving my promise to apply by the above listed date. If I fail to do so, an **"ORDER FOR ARREST"** will be issued. I understand that participation in this program is a privilege and **NOT** a right. I will bring a completed Custody Alternative Facility application, copy of the court docket/sentencing paper, copy of my police report, and a $100.00 application fee (subject to change) in **CASH, MONEY ORDER OR CASHIER'S CHECK. PERSONAL CHECKS WILL NOT BE ACCEPTED. ALL PROGRAM FEES PAID ARE NONREFUNDABLE.** Daily maintenance fees are one hour's wage per day to the minimum of $13.00 per day for Electronic Home Detention, or a minimum of $10.00 per day for County Parole. **You may be taken into custody or assigned a jail surrender date if your application and/ or appeal is denied.**

FAILURE TO APPEAR AT THE TIME SPECIFIED IS A MISDEMEANOR PER 1203.016 (c) P.C.

### DO NOT BRING CHILDREN TO YOUR APPOINTMENT
For their safety and the safety of our staff, NO children are allowed in interview rooms.

I understand that the Sheriff or appointed Deputy may immediately take me into custody to serve my sentence if I fail to appear at the Custody Alternative Facility, or am in noncompliance with this Promise to Appear at any time during the application process. If I fail to appear and I am apprehended outside the State of California, I hereby waive extradition.

**I HAVE READ, UNDERSTAND, AND AGREE TO THE TERMS OF THIS "PROMISE TO APPEAR".**

X Signature: _____  Date: *10/4/07*

Witness: *Hiatt  66996*  Date: *10-04-07*

**DO NOT CONTACT THE COURT FOR PROGRAM INFORMATION**

CAF.FRM050          White: To CAF          Yellow: To Court File/Booking          Pink: To Defendant          Rev 12/01

**EXHIBIT 2**



1  ROBERT J. KOCHLY, District Attorney
   County of Contra Costa
2  Lauren R. Wixson, Deputy District Attorney, SB#117178
   627 Ferry Street
3  Martinez, CA 94553-0125
   Telephone: 925.646.4532
4  Facsimile: 925.646.4683
   Attorneys for Plaintiff
5



FILED

2008 JUN 24  A 8: 26

6

7            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                IN AND FOR THE COUNTY OF CONTRA COSTA

9                            MARTINEZ

10 People of the State of California,          ) Case No.:MSC06-00155

11            Plaintiff,                       ) CONSENT DECREE AND FINAL
                                               ) JUDGMENT (OBERLE)
12     vs.

13 DOSO, INC., DONALD P. OBERLE, and

14 DOES ONE through TEN,

15            Defendants

16

17         The Plaintiff, the People of the State of California, by Robert J. Kochly, District

18 Attorney of Contra Costa County, and Lauren R. Wixson, Deputy District Attorney, having filed

19 their Complaint herein, and Defendant, Donald P. Oberle (OBERLE), an individual, acting pro

20 per, hereby enter into this stipulation to the entry of this CONSENT DECREE AND FINAL

21 JUDGMENT without trial or adjudication of any issue of fact or law herein:

22         IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

23         1. OBERLE, and all persons, owners, partners, officers, agents, employees, corporations,

24 or other entities acting by, through, under, or on behalf of OBERLE, including but not limited to

25 the entity Doso, Inc., and the entity known as, or using the name of, Credit Line Financial, are

26 permanently enjoined, restrained, and prohibited from doing any of the following:

27         a. selling, providing, or performing any service, in return for the payment of money

28 or other valuable consideration, for the express or implied purpose of:

                                      1

                  CONSENT DECREE AND FINAL JUDGMENT (OBERLE)

1    (1) improving any consumer's credit record, history, or rating, or

2    (2) providing advice or assistance to any consumer with regard to any activity or

3    service described in paragraph (1).

4    b. representing in any fashion or in any form of media, including the internet, that he,

5    she, or it can or will sell, provide or perform any service, in return for the payment of money or

6    other valuable consideration, for the express or implied purpose of:

7    (1) improving any consumer's credit record, history, or rating, or

8    (2) providing advice or assistance to any consumer with regard to any activity or

9    service described in paragraph (1).

10   c. doing business as a real estate or mortgage broker in the State of California,

11   irrespective of whether he, she, or it has a broker's license issued by the State of California.

12   2. OBERLE, and all persons, owners, partners, officers, agents, employees, corporations,

13   or other entities acting by, through, under, or on behalf of OBERLE, including the entity Doso,

14   Inc., and the entity known as, or using the name of, Credit Line Financial, shall, by no later than

15   July 31, 2008, surrender any real estate license held in the State of California on behalf of Doso,

16   Inc.; shall, by no later than July 31, 2008, take all necessary steps to ensure that Doso, Inc. ceases

17   to do business as a real estate broker or mortgage broker; and shall immediately take down and

18   remove the website at www.creditline.org and remove all contact information from such website

19   (including telephone numbers, address, and email contact information).

20   3. OBERLE shall pay the sum of fifty thousand dollars ($50,000.00) in civil penalties to

21   the Contra Costa County Treasurer pursuant to section 17200 et. seq. of the Business and

22   Professions Code, except that the total sum of civil penalties due and owing by OBERLE shall

23   be reduced to twenty-five thousand dollars ($25,000.00) if he makes twenty-five monthly

24   payments of one thousand dollars ($1,000.00) each, beginning on August 15, 2008 and ending

25   with the last monthly payment due on July 15, 2010.  Failure by OBERLE to pay the sum of

26   twenty-five thousand dollars by July 15, 2010 or to make any of the above scheduled payments

27   on the date due shall result in the full sum of fifty thousand dollars ($50,000.00), less any

28   payments already made, together with statutory interest from the date of filing of this CONSENT

CONSENT DECREE AND FINAL JUDGMENT (OBERLE)

1 DECREE AND FINAL JUDGMENT, becoming immediately due and payable to the Contra

2 Costa County Treasurer. Plaintiff may then pursue any remedy available to collect such sum,

3 including contempt proceedings.

4    4. OBERLE shall immediately make restitution to Jessica Freeland in the amount of one

5 thousand five hundred dollars ($1500.00).

6    5. The sums set forth in paragraphs 3 and 4 above shall be delivered to the District

7 Attorney of Contra Costa County, 627 Ferry Street, Martinez, California 94553 or to any other

8 address as directed by the District Attorney of Contra Costa County.

9    6. Jurisdiction is retained by the Court for the purpose of enabling any party to this

10 CONSENT DECREE AND FINAL JUDGMENT to apply to the Court at any time for such

11 further orders and directions as may be necessary or appropriate to ensure compliance with the

12 terms of this CONSENT DECREE AND FINAL JUDGMENT and for the punishment of

13 violations, if any.

14    7. The parties signing below do hereby stipulate to the entry of this CONSENT DECREE

15 AND FINAL JUDGMENT recited above.

16 DATED: 6/17/2008                    Respectfully submitted,
   At Martinez, California              ROBERT J. KOCHLY
17                                       District Attorney

18

19                                       Lauren R. Wixson
20                                       Deputy District Attorney

21

22 DATED: 6/17/2008
   At MARTINEZ
23                                       Donald P. Oberle, Individually and
                                         as President of Doso, Inc.

24    WHEREAS FOR GOOD CAUSE SHOWN, THE ABOVE ENTITLED JUDGMENT IS
   HEREBY ORDERED ENTERED.
25

26 DATED June 19, 2008
   at Martinez, California
27

28                                       Barbara Zuniga
                                         JUDGE OF THE SUPERIOR COURT

3

1   ROBERT J. KOCHLY, District Attorney
2   County of Contra Costa
    Lauren R. Wixson, Deputy District Attorney, SB#117178
3   627 Ferry Street
    Martinez, CA 94553-0125
4   Telephone: 925.646.4532
    Facsimile: 925.646.4683
5   Attorneys for Plaintiff



FILED

2008 JUN 24  A 8 26

6

7                IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                   IN AND FOR THE COUNTY OF CONTRA COSTA

9                                MARTINEZ

10  People of the State of California,          )  Case No.:MSC06-00155
                                                )
11                Plaintiff,                     )  FINAL JUDGMENT  - DOSO, INC.
                                                )
12        vs.                                    )
                                                )
13  DOSO, INC., DONALD P. OBERLE, and           )
                                                )
14  DOES ONE through TEN,                       )
                                                )
15                Defendants                     )
                                                )
16

17        The Plaintiff, the People of the State of California, by Robert J. Kochly, District

18  Attorney of Contra Costa County, and Lauren R. Wixson, Deputy District Attorney, having filed

19  their Second Amended Complaint herein, and Defendant, Doso, Inc.(DOSO), a California

20  corporation, having defaulted herein:

21        IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

22        1. Defendant DOSO and all persons, owners, partners, officers, agents, employees,

23  corporations, or other entities acting by, through, under, or on behalf of Defendant, including the

24  entity known as, or using the name of, Credit Line Financial, are permanently enjoined,

25  restrained, and prohibited from doing any of the following:

26            a. selling, providing, or performing any service, in return for the payment of money

27  or other valuable consideration, for the express or implied purpose of:

28                (1) improving any consumer's credit record, history, or rating, or

                                            1

1    (2) providing advice or assistance to any consumer with regard to any activity or

2    service described in paragraph (1).

3    b. representing in any fashion or in any form of media, including the internet, that he,

4    she, or it can or will sell, provide or perform any service, in return for the payment of money or

5    other valuable consideration, for the express or implied purpose of:

6    (1) improving any consumer's credit record, history, or rating, or

7    (2) providing advice or assistance to any consumer with regard to any activity or

8    service described in paragraph (1).

9    c. operating as a credit services organization as defined in section 1789.12(a) of the

10   California Civil Code; or

11   d. operating as a credit repair organization as defined under federal law.

12   2. Defendant DOSO and all persons, owners, partners, officers, agents, employees,

13   corporations, or other entities acting by, through, under, or on behalf of said Defendant,

14   including the entity known as, or using the name of, Credit Line Financial, shall immediately

15   surrender any real estate license held in the State of California and shall immediately cease doing

16   business as a real estate broker or mortgage broker and shall be permanently enjoined from doing

17   business as a real estate broker or mortgage broker.

18   3. DOSO shall pay the sum of five hundred thousand dollars ($500,000.00) in civil

19   penalties to the Contra Costa County Treasurer pursuant to section 17200 et. seq. of the Business

20   and Professions Code.

21   4. The sums set forth in paragraph 3 above shall be delivered to the District Attorney of

22   Contra Costa County, 627 Ferry Street, Martinez, California 94553 or to any other address as

23   directed by the District Attorney of Contra Costa County.

24   5. Jurisdiction is retained by the Court for the purpose of enabling any party to this

25   FINAL JUDGMENT to apply to the Court at any time for such further orders and directions as

26   may be necessary or appropriate to ensure compliance with the terms of this FINAL

27   JUDGMENT and for the punishment of violations, if any.

28   ////

2

FINAL JUDGMENT – DOSO, INC.

1    WHEREAS FOR GOOD CAUSE SHOWN, THE ABOVE ENTITLED JUDGMENT IS
2 HEREBY ORDERED ENTERED.

3

4 DATED: June 19, 2008

5 at Martinez, California

Hon. Barbara Zuniga
JUDGE OF THE SUPERIOR COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3