JOHN BROSNAN
P.O. Box 21281
EL SOBRANTE, CA 94820
johnbrosnanlegal@gmail.com
Pro Se



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN BROSNAN, | Case No. 14-2809 |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL |
| v. | |
| Don Oberle AKA Don Oberley, ET AL. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff John Brosnan requests that the instant action be dismissed without prejudice against all defendants.

DATED: June 20, 2014

John Brosnan — Pro Se